COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER GRANTING REHEARING

Appellate case name:     Ramesh Kapur v. Harris County

Appellate case number:   01-19-00189-CV

Trial court case number: 2014-44018

Trial court:             295th District Court of Harris County

On August 20, 2019, the Court issued an opinion dismissing this appeal for want of prosecution because appellant neither established indigence nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P.37.3(b). On September 4, 2019, appellant filed a motion for rehearing requesting that we withdraw the dismissal and reinstate his appeal. Appellant's motion indicates that he has since paid the fee for the clerk's record. The clerk's record was subsequently filed with the Court on August 30, 2019.

Appellant's motion for rehearing is GRANTED. We withdraw our opinion and judgment dismissing the appeal for want of prosecution and reinstate this case on the Court's active docket. It is ORDERED that appellant file his brief on the merits within 30 days of this order. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, if any, must be filed within 30 days after the date appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature: ____/s/ Sarah B. Landau____
                       Acting for the Court

Panel consists of Justices Lloyd, Landau, and Countiss

Date:   ___October 15, 2019___